NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 11 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> NAZARIO MARQUEZ-FLORES, a.k.a. Nazario Flores Marquez, a.k.a. Nazario Marquez Flores, a.k.a. Nazario Marquez-Florez, <br><br> Defendant-Appellant. | Nos. 16-10284 <br> 16-10298 <br><br> D.C. Nos. 2:13-cr-01382-PGR <br> 4:15-cr-02287-PGR <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Paul G. Rosenblatt, District Judge, Presiding

Submitted May 8, 2017[**]

Before:    REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

In these consolidated appeals, Nazario Marquez-Flores appeals the 24-month

sentence imposed following his guilty-plea conviction for reentry of a removed

alien, in violation of 8 U.S.C. § 1326, and the consecutive 18-month sentence

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

imposed upon revocation of supervised release.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Marquez-Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Marquez-Flores the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief in these direct appeals.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**